## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CURTIS OSCEOLA,

    Plaintiff,                              Case No.: 1:20-cv-24047-JLK

v.

PROG LEASING, LLC, a Utah Corporation,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Pursuant to Local Rule 11.1(d)(2), notice is given that the law firm of Todd R. Friedman, P.A. and Todd R. Friedman, Esq., enter an appearance on behalf of Plaintiff Curtis Osceola in the above-captioned case and request service of all filings, pleadings, orders, and any other documents in this matter at the email address listed in the signature line below.

Dated: July 16, 2021                         Respectfully submitted,

                                                          **TODD R. FRIEDMAN, P.A.**
                                                          Ingraham Building
                                                          25 SE 2 Avenue
                                                          Suite 321
                                                          Miami, Florida 33131
                                                          786-536-7190 (o)

                                                      By: */s/ Todd R. Friedman*
                                                             Todd R. Friedman, Esq.
                                                            Fla. Bar No. 97919
                                                            todd@toddfriedmanpa.com

                                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that on July 16, 2021 a true and correct copy of the foregoing was filed via CM/ECF and thereby served by email on all counsel of record listed in the service list below.

By: /s/ *Todd R. Friedman*

**Service List**

**Ballard Spahr LLP**
1735 Market Street
51 Floor
Philadelphia, PA 19103
215-964-8378 (o)
215-864-8999 (f)
Jenny N. Perkins, Esq.
perkinsj@ballardspahr.com