## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-24047-JLK

| | |
|---|---|
| CURTIS OSCEOLA, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| PROG LEASING, LLC, a Utah Corporation, | : |
| | : |
| Defendant. | : |

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Curtis Osceola and

Defendant Prog Leasing, LLC, through their undersigned counsel, hereby stipulate to the dismissal

of this action with prejudice with each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED THIS 6TH DAY OF DECEMBER, 2021.

| /s/ *Todd Rapp Friedman* (with consent) | /s/ *Jenny N. Perkins*_____ |
|---|---|
| Todd Rapp Friedman, Esq. | Jenny N. Perkins, Esq. |
| Florida Bar 97919 | Florida Bar 77570 |
| TODD R. FRIEDMAN, P.A. | BALLARD SPAHR LLP |
| 25 SE 2 Avenue, Suite 321 | 1735 Market Street, 51st Floor |
| Miami, FL 33131 | Philadelphia, PA 19103 |
| Telephone: (786) 536-7190 | Telephone: (215) 864-8378 |
| Email: todd@toddfriedmanpa.com | Email: perkinsj@ballardspahr.com |
| | |
| *Attorneys for Plaintiff Curtis Osceola* | *Attorneys for Defendant Prog Leasing, LLC* |
| | |

## CERTIFICATE OF SERVICE

I certify that on this 6th day of December 2021, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Todd Rapp Friedman, Esq.
TODD R. FRIEDMAN, P.A.
25 SE 2 Avenue, Suite 321
Miami, FL 33131
Telephone: (786) 536-7190
Email: todd@toddfriedmanpa.com

*Attorneys for Plaintiff Curtis Osceola*

Dated:  December 6, 2021          */s/ Jenny N. Perkins*
                                   Jenny N. Perkins