# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24047-CV-KING

CURTIS OSCEOLA,

    Plaintiff,

v.

PROG LEASING, LLC,

    Defendant.

_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the court upon the Stipulation of Dismissal With Prejudice (D.E. #21) filed December 6, 2021.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**.  The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. All Pretrial , Trial, Discovery Deadlines, and Motion Practice Deadline dates are hereby canceled.

4. The Clerk shall **CLOSE** this case.

.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of December, 2021.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Todd Rapp Friedman**
25 SE 2 Avenue
Suite 321
Miami, FL 33131
786-536-7190
Email: todd@toddfriedmanpa.com

*Counsel for Defendant:*
**Jenny Nicole Perkins**
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(215) 864-8378
Fax: (215) 864-8999
Email: perkinsj@ballardspahr.com